# CASE ANNOUNCEMENTS

*November 18, 2009*

[Cite as *11/18/2009 Case Announcements,* 2009-Ohio-6015.]

## MERIT DECISIONS WITHOUT OPINIONS

**2009–0833. State v. Simmons.**
Summit App. No. 24218, 2009-Ohio-1495. On application to dismiss appeal and vacate judgment and sentence. Application granted. The judgments of the court of appeals and the court of common pleas are vacated, and the cause is remanded to the trial court for resentencing. This cause is dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur. LANZINGER, J., dissents.

**2009–1617. State ex rel. Holloman v. Holbrook.**
In Mandamus. On amended motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–1702. State ex rel. Jordan v. Deters.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–1771. Griesser v. State.**
In Habeas Corpus. On petition for writ of habeas corpus of William R. Griesser. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2009–1330. State v. Gray.**
Cuyahoga App. No. 90981, 2009-Ohio-4360. On appellant's motion to reopen appeal pursuant to App.R. 26(B). Motion denied.

**2009–1748. State v. Williams.**
Cuyahoga App. No. 93607. On motion for leave to file delayed appeal. Motion granted.
LUNDBERG STRATTON, O'CONNOR, and LANZINGER, JJ., dissent.

**2009–1759. State v. King.**
Muskingum App. No. 09–CA–22, 2009-Ohio-3854. On motion for leave to file delayed appeal and motion to certify a conflict. Motion for leave to file delayed appeal granted.
LUNDBERG STRATTON, O'CONNOR, and CUPP, JJ., dissent.
Motion to certify a conflict denied.

**2009–1770. State v. Lawson.**
Cuyahoga App. No. 90589, 2008-Ohio-5590. On motion for leave to file delayed appeal. Motion denied.

**2009–1779. State v. Pryor.**
Hamilton App. No. C–070108. On motion for leave to file delayed appeal. Motion denied.